UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-00023-JMS-MG |
| | ) | |
| FRANK BURGETT, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation dkt [85] recommending that Frank Burgett continue on his current conditions of supervised release, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [85]. The Court finds that Mr. Burgett committed Violation Number 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkt. [77]. The Court dismissed Violation Numbers 1, 2, & 3 at dkt. [77]. The Court now orders that the defendant continue on his current conditions of supervised release.

Date: 7/10/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USPO

Electronic Notice to USM-C